**Anthony James MOORE, Appellant,**

v.

**Leann K. BERTSCH, Appellee.**

**No. 11–3740.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 16, 2012.

Filed: Feb. 21, 2012.

Anthony James Moore, Bismarck, ND, pro se.

of Missouri.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

North Dakota inmate Anthony Moore appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 action without prejudice under 28 U.S.C. § 1915A based on its determination that personal jurisdiction over the only named defendant—the Director of North Dakota Department of Corrections & Rehabilitation—was lacking. To the extent Moore has not waived any challenge to the determination as to personal jurisdiction, *see Meyers v. Starke*, 420 F.3d 738, 743 (8th Cir.2005), we find that dismissal was proper, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (de novo review of § 1915A dismissal); *see also Johnson v. Woodcock*, 444 F.3d 953, 955–56 (8th Cir.2006) (discussing requirements for personal jurisdiction). The district court is affirmed. *See* 8th Cir. R. 47B.

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.